**Brian VUKADINOVICH,**
**Plaintiff–Appellant,**

v.

**BOARD OF SCHOOL TRUSTEES OF NORTH NEWTON SCHOOL CORPO-RATION, Ary J. Nelson, Bonnie J. Sto-rey, et al., Defendants–Appellees.**

No. 02–4210.

United States Court of Appeals,
Seventh Circuit.

Submitted Sept. 19, 2003.

Decided Sept. 30, 2003.

Before BAUER, POSNER, and EVANS, Circuit Judges.

### ORDER

PER CURIAM.

This is an appeal from the award of $6,000 in attorneys' fees against the appel-lant for the conduct of frivolous litigation against the defendants. The appellant has a long history of frivolous litigation, unnec-essary to recount here, which led this court to issue an order barring him from further filings in this court, except for this appeal. His principal argument is that a previous order of this court granting the defendants' motion for fees for his filing of a previous frivolous appeal "only to the extent" of $2,000 barred the district court from making the $6,000 award. He is wrong. The "only to the extent" phrase was intended merely to make clear that we were awarding the defendants only $2,000 for fees incurred by them in defending against the appeal, not for fees they might have incurred in the district court. The award of $6,000 was in respect of the appellant's continued frivolous litigation in the district court of issues long since con-clusively resolved against him. His other arguments for setting aside the award are equally without merit. The order appeal-ed from is therefore

AFFIRMED.